UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:25-mj-01001-MG |
| | ) | |
| MIKELL SHEPARD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the United States' motion to extend the time period in which to return an indictment in this matter. [Dkt. 41.]

Having reviewed the motion, the Court finds that a period of delay not to exceed October 21, 2026, is warranted and thus excludable pursuant to Title 18, United States Code, Section 3161(h). The Court finds that this period of delay is warranted and results from the fact that the defendant and the Government are discussing the issues of this case. Title 18, United States Code, Section 3161(h)(7)(A).

The Court also finds that the ends of justice will be served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED, that any indictment or information in this cause be filed by October 21, 2026. It is further ordered that the period of delay from the filing of the motion to and including October 21, 2026, be excluded from the Speedy Trial Act computation.

Date: 8/12/2026

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.